AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America  <br> v.  <br> Dewan Lupe Cole | ) ) ) ) ) ) ) Case No: 4:11-cr-02161-TLW  <br> USM No: 23265-171  <br>  <br> Michael A. Meetze  <br> *Defendant's Attorney* |

Date of Original Judgment: 07/30/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because Defendant's sentence was based on a Rule 11(c)(1)(C) agreement to 120 months incarceration, rather than the Guidelines. See Freeman v. United States, 131 S. Ct. 2685, 2696-2700 (2011) (Sotomayor, J., concurring); United States v. Duvall, 705 F.3d 479, 484 (D.C. Cir. 2013); United States v. Brown, 653 F.3d 337, 340 (4th Cir. 2011).

Except as otherwise provided, all provisions of the judgment dated 07/30/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/08/2015       s/ Terry L. Wooten
                              *Judge's signature*

Effective Date: _____         Terry L. Wooten, Chief United States District Judge
*(if different from order date)*    *Printed name and title*